U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 13 2011

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff,

v.                                  Civil No. 98-157-SM

Christine Petrillo,
    Defendant,
and

Wells Fargo,
    Garnishee.

ORDER TO RELEASE FUNDS AND TO
QUASH WRIT OF CONTINUING GARNISHMENT

On September 19, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on September 28, 2011, accounts in the name of Christine Petrillo, held by Wells Fargo, were levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Christine Petrillo on October 11, 2011, by certified mail, return receipt.

Defendant hereby waives her right to a hearing pursuant to 28 U.S.C. §3202(d). Accordingly, it is

ORDERED that funds in the amount of $345.33 which were seized on September 28, 2011, from accounts in the name of Christine Petrillo, which are in the possession, custody or control of Wells Fargo, be released to the United States of America. Said funds should be made payable to U.S. Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301; and

ORDERED that the Writ of Continuing Garnishment issued on September 19, 2011, to Wells Fargo, is hereby quashed.

IT IS SO ORDERED.

DATED: October 13, 2011

U.S. District Court Judge

cc: Michael T. McCormack, AUSA
    Christine Petrillo, pro se
    Wells Fargo